The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TODD MARANGON, individually, and on behalf of the marital community of TODD and CHERYL MARANGON,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO INSURANCE SERVICES USA, INC., a North Carolina corporation,,<br><br>Defendant. | Case No. 2:16-cv-01413-RSL<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL** |

## **STIPULATION**

THE PARTIES, Plaintiff TODD MARANGON, by and through his attorneys, JAMES C. FOWLER of VANDEBERG, JOHNSON & GANDARA, L.L.P., and Defendant WELLS FARGO INSURANCE SERVICES USA, INC., by and through its attorneys, PAMELA SALGADO and KELLIE TABOR of LITTLER MENDELSON, P.C., hereby stipulate and request that the Court enter an order dismissing all claims, counterclaims or other causes of action in the above-captioned case with prejudice and without award of costs or attorneys' fees to either party.

///

///

STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL - 1
Firmwide:151038082.1 089274.1003
CASE NO. 2:16-cv-01413-RSL

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

November 10, 2017.

s/ James C. Fowler (via electronic approval)
James C. Fowler, WSBA #15560
jfowler@vjgseattle.com

VANDEBERG, JOHNSON & GANDARA, L.L.P.
999 3rd Avenue, Suite 3000
Seattle, WA 98104-4043
Phone: (206) 386-5904
Fax: (206) 464-0484

s/Pamela Salgado
Pamela Salgado, WSBA #22741
psalgado@littler.com

Kellie A. Tabor, WSBA #46260
ktabor@littler.com

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Phone: 206.623.3300
Fax: 206.447.6965

Attorneys for Plaintiff
TODD MARANGON

Attorneys for Defendant
WELLS FARGO INSURANCE SERVICES USA, INC.

## ORDER

THIS MATTER, having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now, therefore, IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed, with prejudice and without costs or attorneys' fees to any party.

Dated this 14th day of Nov., 2017.

_____
THE HONORABLE ROBERT S. LASNIK

STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL - 2
Firmwide:151038082.1 089274.1003
CASE NO. 2:16-cv-01413-RSL

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300